442 A.2d 351

Commonwealth v. Miller, Appellant.
Petition for Allowance of Appeal Denied June 16, 1982.

Submitted October 5, 1981.  Peter A. Levin, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.

Judgment of sentence affirmed.